## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **Vari-Volt Technologies, LLC** | § |
| | § |
| v. | § Case No. 6:16-cv-00926-RWS-KNM |
| | § |
| **Joyetech USA, Inc., a California** | § |
| **Corporation, and Joyetech Co., Ltd., a** | § |
| **Chinese Corporation** | § |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Vari-Volt Technologies, LLC has filed a notice of dismissal, without prejudice, with respect to Defendant Joyetech Co., Ltd., a Chinese Corporation. Doc. No. 21. The Court is of the opinion that said notice should be **ENTERED**.

Accordingly, and pursuant to the notice, it is **ORDERED** that the action is hereby **DISMISSED without prejudice against Defendant Joyetech Co., Ltd., a Chinese Corporation**.

SIGNED this 9th day of February, 2017.

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE