**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| VARI-VOLT TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:16-CV-00926-RWS |
| v. | § § § | |
| JOYETECH USA, INC., JOYETECH CO., LTD., | § § § § | |
| Defendants. | | |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this date, the Court considered Plaintiff Vari-Volt Technologies, LLC and Defendant Joyetech USA, Inc.'s Joint Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiff Vari-Volt Technologies, LLC and Defendant Joyetech USA, Inc. in this case. The Court is of the opinion that said motion should be **GRANTED**. It is hereby

**ORDERED, ADJUDGED AND DECREED** that all claims asserted in this suit between Plaintiff Vari-Volt Technologies, LLC and Defendant Joyetech USA, Inc. are hereby **DISMISSED WITH PREJUDICE**. It is further

**ORDERED, ADJUDGED AND DECREED** that all counterclaims asserted in this suit between counterclaim-plaintiff Joyetech USA, Inc. and counterclaim-defendant Vari-Volt Technologies, LLC are hereby dismissed with prejudice. It is further

**ORDERED** that all attorneys' fees, costs of court and expenses are to be borne by the parties incurring same.

The Clerk of Court is directed to close the case.

    **SIGNED this 14th day of June, 2017.**

                                            ROBERT W. SCHROEDER III
                                            UNITED STATES DISTRICT JUDGE